UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                       No. 13-CR-271-LTS-2

EUGENE GREEN,                                     Order

        Defendant.

-------------------------------------------------------x

        The Court has received the attached letter from Mr. Green, requesting early termination of supervised release. This case, however, has been transferred to the District of New Jersey as United States v. Green, Case No. 2:21-CR-235-SDW. The Clerk of the Court is respectfully directed to transfer Mr. Green's letter application to the District of New Jersey for filing in United States v. Green, Case No. 2:21-CR-235-SDW. The Clerk of the Court is also directed to mail a copy of this Order to Mr. Green at the address listed below.

        SO ORDERED.

Dated: New York, New York                 /s/ Laura Taylor Swain
      May 1, 2025                          LAURA TAYLOR SWAIN
                                           Chief United States District Judge

**Mail to:**

Eugene Green
22 Jefferson Street
Paterson, NJ 07522

# EXHIBIT A

Eugene Greer # 68855-054
22 Jefferson St.
Paterson, N.J. 07522

USM-P3
SDNY

To the Honorable Judge
Ms. Laura Taylor-Swain
500 Pearl St. New York, N.Y
1000-7 1312

CHARLOTTE NC LPC 281
14 APR 2025 PM 1 L



13cr1271 (LTS)
US v Green

Request for Early Termination of Probation - Case#6855-054 201182c

Dear Judge Laura Taylor Swain

I Eugene Green am writing to respectfully request early termination of my probation in case number 6855-054 201182c, which was imposed in February 2014. Since the commencement of my probation, I have diligently fulfilled all conditions set forth by the court, demonstrating a sincere commitment to rehabilitation and positive change in my life. I have consistently followed all guidelines of my probation since 2020 including reporting requirements, curfews, and other stipulations outlined in their probation plan and compliance with all probation conditions.

Since my conviction, I have gone back to school and became an electrician. I have maintained steady employment as an electrician demonstrating a commitment to self sufficiency. I took on an extra job as a counselor at Americore and was given a caseload of fifteen high school seniors that were able to graduate. I found my passion in working with the youth who had similar experiences in life like I had, and I can't save all the kids but at least I can save one kid. I have made significant positive changes in my life and my family has been a big part of that positivity. My mother is getting older and she really needs me, and this letter is the reason why I'm requesting early termination of probation. All of my family has moved to the South, being the only son I want to be near my mother because she needs me.

I am actively involved in volunteer work with the community and youth. There have been no violations of my probation since its inception. Based on all the positive changes that I have made in my life and being consistent with working and actively participating in therapy, I'm no longer a risk to the community. I have overcome many challenges that contributed to my previous behavior and I have been demonstrating positive community involvement. I am confident that I can continue to be a productive member of society and remain a law-abiding citizen.

In conclusion, I am requesting for my sentence minutes, docket sheets, P.S.I and face sheet; all of these documents are very important to me. I respectfully request that you consider granting my early release from probation. I understand the gravity of my past actions and have taken full responsibility for them. I have worked diligently to turn my life around, making positive contributions to my community and maintaining a steady commitment to my personal growth. I

have also demonstrated commitment to rehabilitation and good behaviour. The early release from probation would allow me to continue building a stable and productive future. I am fully committed to abiding by the terms set forth by the court. I deeply appreciate your time and consideration in this matter and remain hopeful for a positive outcome.

Sincerely,

*Eugene Green #68855-054*

Eugene Green